# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRIAN CHRISTOPHER CRAFTON**                                                                **PLAINTIFF**
**#37096**

v.                            No: 3:20-cv-00216 LPR-PSH

**KEVIN MOLDER,** *et al.*                                                                **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Brian Christopher Crafton filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on July 23, 2020 (Doc. No. 1).[1] On August 17, 2020, mail sent to

---

[1] In its initial order to Crafton, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified Crafton that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 2.

Crafton at his address of record was returned to the Court as undeliverable (Doc. No. 5). The same day, the Court entered a text order notifying Crafton that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 6). Crafton was directed to provide notice of his current mailing address by no later than thirty days from the entry of the August 17, 2020 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The Court's August 17 order sent to Crafton at his address of record was returned to the Clerk of the Court as undeliverable. *See* Doc. No. 8.

More than 30 days have passed, and Crafton has not complied or otherwise responded to the August 17 order. Crafton failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Crafton's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 19th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE