IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN CHRISTOPHER CRAFTON                                                PLAINTIFF
#37096

v.                         No: 3:20-cv-00216 LPR-PSH

KEVIN MOLDER, *et al.*                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Brian Christopher Crafton's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE